**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER LOREDO, MARIO SERRANO, ROSA CERON, ROSA RUIZ, EDWIN VALENCIA, JESYTER SERRANO, and JORGE MEDINA ESCOBAR, individuals,<br><br>Plaintiff,<br><br>v.<br><br>PLY GEM PACIFIC WINDOWS CORPORATION, a Delaware corporation; CORNERSTONE BUILDING BRANDS SERVICES, INC., a Delaware corporation; and DOES 1 TO 50,<br><br>Defendants. | CASE NO. 2:23-cv-01822-WBS-KJN<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING AND PARTIES' BRIEFING DEADLINES ON PLAINTIFFS' MOTION TO REMAND [Dkt. #10] TO FACILITATE SETTLEMENT DISCUSSIONS** |

# ORDER

Having reviewed and considered the Parties' Stipulation to Continue Hearing and Parties' Briefing Deadlines on Plaintiffs' Motion To Remand [Dkt. #10] to Facilitate Settlement Discussions (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** as follows, using the same defined terms as used in the Stipulation:

1. The October 30, 2023 hearing on Plaintiffs' Remand Motion shall be and hereby is continued by approximately 30 days to Monday, December 11, 2023, at 1:30 p.m.;

2. Defendants' deadline to file an Opposition to Plaintiffs' Remand Motion shall be and hereby is continued to 21 days prior to the continued hearing date, *i.e.*, to and including November 20, 2023;

3. Plaintiffs' deadline to file any Reply in support of the Remand Motion shall be and hereby is continued to 10 days after Defendants' Opposition is filed, *see* L.R. 230(d); and

4. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action.

**IT IS SO ORDERED.**

Dated: September 27, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE