# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER LOREDO, MARIO SERRANO, ROSA CERON, ROSA RUIZ, EDWIN VALENCIA, JESYTER SERRANO, and JORGE MEDINA ESCOBAR, individuals,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>PLY GEM PACIFIC WINDOWS CORPORATION, a Delaware corporation; CORNERSTONE BUILDING BRANDS SERVICES, INC., a Delaware corporation; and DOES 1 TO 50,<br><br>　　Defendants. | Case Number: 2:23-cv-01822-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed: July 19, 2023<br>Removal Date: August 25, 2023 |

**ORDER**

After reviewing the Parties' Stipulation to Remand the Action to Sacramento Superior Court and good cause appearing, IT IS HEREBY ORDERED as follows:

The Parties' Stipulation is approved. This matter is hereby remanded to the Superior Court for the State of California for the County of Sacramento.

IT IS SO ORDERED.

Dated: December 4, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE